UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANDRZEJ MAZUR, TOMASZ MRYC,
MIROSLAW SLUPINSKI, and ZYGMUNT
SOKOLOWSKI, on behalf of themselves and on
behalf of all others similarly situated,

          05 Civ. 2194 (RMB) (DCF)

               Plaintiffs,
     - against -

          **ADMINISTRATIVE ORDER**

OLEK LEJBZON & COMPANY, A&O OLEK
LEJBZON & COMPANY, LEJBZON OLEK
CUSTOM REFINISHING, TREISTMAN &
SONS, INC., and PETER TRIESTMAN,

               Defendants.
------------------------------------------------------------x

      The parties are hereby directed to appear before the Court with principals at a settlement conference on March 18, 2009 at 9:00 a.m. and to engage in good faith settlement discussions prior to the conference.

      **SO ORDERED.**

Dated: New York, New York
       March 4, 2009



_____
Richard M. Berman, U.S.D.J.