UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MAZUR, et al.,

                       Plaintiffs,

      - against -

OLEK LEJBZON & COMPANY, et al.,

                       Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/09

05 Civ. 2194 (RMB) (DCF)

**ADMINISTRATIVE ORDER**

Based on the bankruptcy petition filed on June 6, 2009 in the United States Bankruptcy Court, District of New Jersey by Defendant Peter Triestman, which resulted in the automatic stay of any "judicial . . . proceeding against the debtor," 11 U.S.C. § 362(a)(1), it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, placed on the Court's suspense calendar pending resolution of the bankruptcy proceeding, and it is further

**ORDERED**, that the Second Motion to Amend the Complaint [#132] in the above-entitled action be, and the same hereby is, dismissed as moot, provided however that the Plaintiffs may re-file its motion upon the resolution of the bankruptcy proceeding, and it is further

**ORDERED**, that Plaintiffs are to provide the Court with status updates every 60 days on the bankruptcy proceeding.

Dated: New York, New York
        October 15, 2009

                                                    **Richard M. Berman, U.S.D.J.**